**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | **CR 97-618-1 PCT-RCB** |
| **Plaintiff,** | **ORDER** |
| **vs.** | **REVOKING SUPERVISED RELEASE** |
| **Andy Willie Yazzie** | |
| **Defendant.** | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violations of standard condition #7 paragraph A of the petition.

The Court has considered the factors set forth in 18 U.S.C. § 3553, U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, statements of the parties, and all documentation submitted, including the disposition report.

IT IS ORDERED revoking the defendant's supervised release and the defendant, Andy Willie Yazzie, shall be committed to the custody of the Bureau of Prisons for a term of **NINE (9) MONTHS**.

IT IS FURTHER ORDERED upon release from the Bureau of Prisons, defendant is placed on supervised release for a period of **THIRTY-SIX (36) MONTHS**, under the standard terms and conditions adopted by this Court in General Order 05-36 and the following special conditions:

1. You shall submit your person, property, residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.
2. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include all forms of testing for all forms of substance abuse. You shall contribute to the cost of treatment in an amount if any to be determined from time to time by the assigned probation officer.
3. You shall not consume alcohol or any alcoholic beverages.
4. You shall participate in a mental health treatment program if so directed by the assigned probation officer which may include taking prescribed medication and you shall contribute to the cost of treatment in an amount to be determined time to time if any by the assigned probation officer.
5. You shall provide the assigned probation officer access to any requested financial and tax information.
6. You shall have no contact, directly or indirectly, with any immediate member of the Chee family and the probation officer shall verify compliance.
7. You shall not possess or use any firearms, ammunition, or other dangerous devices.

The defendant is remanded into the custody of the United States Marshal's Service. The defendant is advised of his right to appeal within 14 days.

DATED this 10th day of December, 2010.

_____
Robert C. Broomfield
Senior United States District Judge